IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03401-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

SHAINE CARL CAGLE,

    Petitioner,

v.

CHARLES L. RYAN, Director, Arizona Department of Corrections,

    Respondent,

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

    Petitioner, Shaine Carl Cagle, is in the custody of the Arizona Department of Corrections and is incarcerated at ESPC - Eyman in Florence, Arizona.  Mr. Cagle initiated this action by filing a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 challenging a fugitive warrant and detainer issued by the Jefferson County District Court in Golden, Colorado.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.  Petitioner will be directed to cure the following if she wishes to pursue his claims.  Any papers that the Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>  X  </u>   is not submitted
(2)   <u>     </u>   is missing affidavit
(3)   <u>     </u>   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)  X   is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing an original signature by the prisoner

(7)  ___  is not on proper form (must use the court's current form):
(8)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(9)  X   other: § 1915 Motion and Affidavit is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:

(10) ___  is not submitted
(11)  X   is not on proper form (must use the court's current form)
(12) ___  is missing an original signature by the prisoner
(13) ___  is missing page nos. ___
(14) ___  uses et al. instead of listing all parties in caption
(15) ___  names in caption do not match names in text
(16) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) ___  other:

Accordingly, it is

ORDERED that the Mr. Cagle cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court shall mail to Petitioner copies of the court-approved forms for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, along with the applicable instructions. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the Petition and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED: December 22, 2014, at Denver, Colorado.

BY THE COURT:


 s/ Gordon P. Gallagher
United States Magistrate Judge