IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03401-GPG

SHAINE CARL CAGLE,

    Applicant,

v.

CHARLES L. RYAN, Director, Arizona Department of Corrections, and
CYNTHIA COFFMAN, The Attorney General of the State of Colorado,

    Respondents.

## ORDER TO FILE PRELIMINARY RESPONSE

    Applicant, Shaine Carl Cagle, is a prisoner in the custody of the Arizona Department of Corrections and currently is incarcerated in Florence, Arizona. Mr. Cagle, acting *pro se*, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.§ 2241 challenging a state detainer entered against him by the Jefferson County Sheriff's Department regarding pending Colorado state charges against him.

    As part of the preliminary consideration of the Application in this case and pursuant to ***Keck v. Hartley***, 550 F. Supp. 2d 1272 (D. Colo. 2008), the Court has determined that a limited Preliminary Response is appropriate. Respondent is directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file a Preliminary Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies. If Respondent does not intend to raise either of these affirmative defenses, Respondent must notify the Court of that decision in the Preliminary Response.

Respondent may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Mr. Cagle may reply to the Preliminary Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies.  Mr. Erickson also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2241 action in this Court.

The Court notes that Mr. Cagle names only his custodian.  The Court has included Cynthia Coffman as a respondent in the capacity of representing counsel for the State of Colorado.  Accordingly, it is

ORDERED that **within thirty days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order.  It is

FURTHER ORDERED that **within twenty-one days of the filing of the Preliminary Response** Applicant may file a Reply, if he desires.  It is

FURTHER ORDERED that if Respondent does not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, Respondent must notify the Court of that decision in the Preliminary Response.

Dated:  March 12, 2015

BY THE COURT:

 /s Gordon P. Gallagher  
Gordon P. Gallagher  
United States Magistrate Judge